No. 516. GOINS v. UNITED STATES.

Argued March 9, 10, 1939. Decided April 17, 1939. *Per Curiam:* As it appears on hearing argument that the District Court's failure to give Instruction B could not have prejudiced the petitioner; the writ of certiorari is dismissed. *Mr. S. H. Sutherland* for petitioner. *Mr. William W. Barron*, with whom *Solicitor General Jackson, Assistant Attorney General McMahon*, and *Messrs. George F. Kneip, Fred E. Strine*, and *W. Marvin Smith* were on the brief, for the United States.

No. 367. EICHHOLZ v. PUBLIC SERVICE COMM'N OF MISSOURI ET AL. April 17, 1939. The last sentence of the opinion is modified to read as follows:

"The decree of the District Court so far as it denies an injunction is affirmed."

The petition for rehearing is denied.

Reported as amended, *ante*, p. 268.

No. 498. BONET, TREASURER OF PUERTO RICO, v. YABUCOA SUGAR Co. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. William Cattron Rigby* and *Nathan R. Margold* for petitioner. *Mr. Earle T. Fiddler* for respondent.

No. 541. CARRIER ET AL. v. BRYANT. January 30, 1939. Petition for writ of certiorari to the Supreme Court of North Carolina granted. *Mr. John W. Wood* for peti-